Jess M. Krannich (#14398)
Trevor J. Lee (#16703)
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 303-0034
Facsimile: (801) 364-5678
jkrannich@mc2b.com
tlee@mc2b.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL, Corp., <br><br> *Plaintiffs,* <br><br> v. <br><br> NEARMAP US, INC., <br><br> *Defendant.* | **STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER** <br><br> Case No.: 2:21-cv-00283-TS-DAO <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiffs Eagle View Technologies, Inc. and Pictometry International, Corp file this stipulated Motion to extend the date for Defendant Nearmap, US, Inc. to answer or otherwise respond to the Complaint. Plaintiffs represent that their counsel have recently communicated with national counsel for Defendant, who have not yet appeared but who have requested additional time to investigate and respond to the allegations of the Complaint. Plaintiffs are amenable to Defendant's requested extension and have agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint until July 8, 2021. Accordingly, Plaintiffs respectfully request that the Court grant this Motion and extend Defendant's deadline to answer or otherwise respond to the Complaint to July 8, 2021, pursuant to the Proposed Order submitted herewith.

Dated: May 27, 2021  Respectfully submitted,

/s/ Jess M. Krannich
Jess M. Krannich (#14398)
Trevor J. Lee (#16703)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
(801) 303-0034
jkrannich@mc2b.com
tlee@mc2b.com

Adam R. Alper (*pro hac vice*)
Brandon H. Brown (*pro hac vice*)
Natalie Flechsig (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400
adam.alper@kirkland.com
brandon.brown@kirkland.com
natalie.flechsig@kirkland.com

Michael W. De Vries (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
(213) 680-8400
michael.devries@kirkland.com

Leslie Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
leslie.schmidt@kirkland.com

Gianni Cutri (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
gianni.cutri@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2021, I caused the foregoing document entitled **STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER** to be electronically filed through the Court's ECF filing system and separately notified counsel for Defendant, who have not yet appeared in the case, of Plaintiffs' submission of the foregoing Motion to the Court by emailing an electronic copy of the same to Defendant's counsel.

/s/ Jess M. Krannich