# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **EAGLE VIEW TECHNOLOGIES, INC.,** and **PICTOMETRY INTERNATIONAL CORP.,** *Plaintiffs*, v. **NEARMAP US, INC.,** *Defendant*. | **[PROPOSED] SCHEDULING ORDER** Case No.: 2:21-cv-00283-TS-DAO District Judge Ted Stewart Magistrate Judge Daphne A. Oberg |

Pursuant to Fed.R. Civ P. 16(b), the Court received the Attorney Planning Report (Dkt. 55) filed by counsel. The Court schedules the following matters. The parties may not modify the times and deadlines set forth herein without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

**ALL DEADLINES ARE SET FOR 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED TO THE CONTRARY**

**(1) PRELIMINARY MATTERS/DISCLOSURES**

| Event | Original Deadline | Parties' Agreed Proposal |
|---|---|---|
| Plaintiff's Accused Instrumentalities disclosure due [LPR 2.1, 7 days from Answer] | **December 6, 2021** | **December 6, 2021** |
| Last day to hold Rule 26(f)(1) Conference and begin discovery [LPR 1.2, 1.3, 35 days from Answer] | **January 3, 2022** | **January 3, 2022** |
| Plaintiff's Rule 26(a)(1) initial disclosure due [LPR 2.2, 21 days from answer] | **December 20, 2021** | **January 7, 2022**<br>(extended by parties' agreement) |
| Attorney Planning Meeting Report and Proposed Scheduling Order submitted [LPR 1.2, 7 days from 26(f) Conference] | **January 10, 2022** | **January 10, 2022** |
| Defendant's Rule 26(a)(1) initial disclosure due [LPR 2.2, 28 days from Answer] | **December 27, 2022** | **January 14, 2022**<br>(extended by parties' agreement) |
| Plaintiff serves Initial Infringement Contentions [LPR 2.3, 35 days from Defendant's Initial Disclosures] | **January 31, 2022** | **February 10, 2022**<br>[27 days after Defendant's initial disclosures] |
| Defendant serves Initial Non-Infringement, Unenforceability, and Invalidity Contentions [LPR 2.4, 14 days from Infringement Contentions] | **February 14, 2022** | **February 24, 2022** |

| Event | Original Deadline | Parties' Agreed Proposal |
|---|---|---|
| Final Infringement Contentions [LPR 3.1, 21 weeks from Initial Contentions] | **June 27, 2022** | **June 30, 2022**<br>[20 weeks from Initial Infringement Contentions] |
| Final Unenforceability and Invalidity Contentions [LPR 3.1, 14 days from Final Infringement Contentions] | **July 11, 2022** | **July 14, 2022** |
| Final Non-Infringement Contentions [LPR 3.2, 28 days from Final Infringement Contentions] | **July 25, 2022** | **July 28, 2022** |

**(2) DISCOVERY LIMITATIONS**

| Event | Parties' Agreed Proposal |
|---|---|
| Maximum number of depositions[1] by Plaintiff(s) | 10 |
| Maximum number of depositions[2] by Defendant(s) | 10 |
| Maximum number of hours for each deposition (unless extended by agreement of parties) | 7 |
| Maximum interrogatories[3] by any party to any party | 25 |
| Maximum requests for admissions by any party to any party | 200 |
| Maximum requests for production by any party to any party | 100 |

The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as set forth in the Standard Protective Order for the United States District Court for the District of Utah.

---

[1] Excluding depositions of experts.
[2] Excluding depositions of experts.
[3] An interrogatory or multiple interrogatories seeking the basis of a party's affirmative defenses, infringement contentions, or invalidity contentions counts as one interrogatory regardless of the number of affirmative defenses alleged or the number of infringed or invalid claims alleged. A party may object to the time of discovery as set forth in LPR 1.7.

| Event | Original Deadline | Parties' Agreed Proposal |
|---|---|---|
| Deadline to serve written discovery before claim construction [R. 34] | N/A | July 26, 2022 |
| Close of fact discovery before claim construction [LPR 1.3(a), 28 days from Exchange of CC Terms] | September 6, 2022 (Labor Day is September 5) | September 8, 2022 |
| Disclosure of intent to rely on opinions of counsel and materials in support [LPR 1.3(c), 7 days from Entry of CC Ruling] | 7 days after claim construction ruling | 7 days after claim construction ruling |
| Deadline to file motion for additional discovery [LPR 1.3(b)] | | 14 days after claim construction ruling |

### (3) AMENDMENT OF PLEADINGS/ADDING PARTIES

| Event | Date |
|---|---|
| Last day to file motion to amend pleadings | September 14, 2022 |
| Last day to file motion to add parties | September 14, 2022 |

### (4) CLAIM CONSTRUCTION PROCESS

| Event | Original Deadline | Parties' Agreed Proposal |
|---|---|---|
| Parties exchange proposed claim terms and claim constructions for construction [LPR 4.1(a), 14 days from Final Non-Infringement Contentions] | August 8, 2022 | August 11, 2022 |
| Reach agreement to submit no more than 10 terms for construction [LPR 4.1(b), 7 days from Exchange of Terms] | August 15, 2022 | August 18, 2022 |

| Event | Original Deadline | Parties' Agreed Proposal |
|---|---|---|
| Parties file Cross-Motions for Claim Construction and Joint Appendix [LPR 4.2(a) & (b), 35 days from Exchange of Terms] | September 12, 2022 | September 15, 2022 |
| Parties file Simultaneous Responsive Claim Construction Briefs [LPR 4.2(c), 28 days from Opening Briefing] | October 11, 2022 (Columbus Day is Oct. 10) | October 6, 2022 [21 days from Opening Claim Construction Briefs] |
| Joint Claim Construction Chart & Joint Status Report Due [LPR 4.2(f), 7 days from Responsive Briefing] | October 17, 2022 | October 13, 2022 |
| Tutorial for Court [LPR 4.4, 14 days from Responsive Briefing] | October 24, 2022 | October 20, 2022 |
| Parties exchange exhibits [LPR 4.3] | 7 days before claim construction hearing | 7 days before claim construction hearing |
| Claim Construction Hearing[4] [LPR 4.3] | TBD | TBD |

**(5) EXPERT DISCOVERY**

| Event | Date |
|---|---|
| Parties bearing burden of proof [LPR 5.1(b)] | **28 days after claim construction ruling** |
| Counter reports [LPR 5.1(c), 28 days after opening reports] | **56 days after claim construction ruling** |
| Close of expert discovery [LPR 5.2, 35 days after rebuttal reports] | **91 days after claim construction ruling** |

**(6) DISPOSITIVE MOTIONS**

---

[4]   Parties should contact the Court to set the date for the Claim Construction Hearing

| Event | Original Deadline | Parties' Agreed Proposal |
|---|---|---|
| Deadline to file dispositive motions required to be filed with claim construction [LPR 6.2, at Opening CC Briefing] | **September 12, 2022** | **September 15, 2022** |
| Deadline to file opposition to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1, 28 days from Dispositive Motion] | **October 11, 2022 (Columbus Day is Oct. 10)** | **October 13, 2022** |
| Deadline to file reply to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1, 14 days from Opposition] | **October 24, 2022** | **October 27, 2022** |
| Deadline for filing partial or complete motions to exclude expert testimony | | **105 days after claim construction ruling** |
| Deadline for filing dispositive or potentially dispositive motions [LPR 6.1, 28 days from Close of Expert Discovery] | **119 days after claim construction ruling** | **119 days after claim construction ruling** |

**(7) SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION/OTHER PROCEEDINGS**

| Event | Yes/No |
|---|---|
| Likely to request referral to a Magistrate Judge for settlement conference | **No** |
| Likely to request referral to court-annexed arbitration | **No** |
| Likely to request referral to court-annexed mediation | **No** |
| Last day to seek stay pending reexamination [LPR 3.5] | **August 11, 2022** |
| The parties will complete private mediation/arbitration by: | **TBD** |

| Event | Yes/No |
|---|---|
| The parties will evaluate case for Settlement/ADR on: | **TBD** |
| Settlement probability: | **Low** |

*Plaintiff is directed to file a new scheduling order within 14 days of ruling on claim construction. The Court will set trial deadlines in that order or through a case management conference.*

### (8) OTHER MATTERS

All Motions in Limine should be filed well in advance of the Final Pretrial Conference.

Signed _____

                BY THE COURT:

                _____
                U.S. Magistrate Judge