# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **EAGLE VIEW TECHNOLOGIES, INC.,** and **PICTOMETRY INTERNATIONAL CORP.,**<br><br>  *Plaintiffs*,<br><br>v.<br><br>**NEARMAP US, INC.,**<br><br>  *Defendant*.<br><br>---<br><br>**EAGLE VIEW TECHNOLOGIES, INC.,** and **PICTOMETRY INTERNATIONAL CORP.,**<br><br>  *Plaintiffs*,<br><br>v.<br><br>**GAF MATERIALS, LLC,**<br><br>  *Defendant*. | **[PROPOSED] SCHEDULING ORDER**<br><br>Case No.: 2:21-cv-00283 (Consolidated)<br><br>Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

The Court schedules the following matters. The parties may not modify the times and deadlines set forth herein without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

**ALL DEADLINES ARE SET FOR 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED TO THE CONTRARY**

**(1) PRELIMINARY MATTERS/DISCLOSURES**

| Event | Original Deadline | Proposal for Consolidation |
|---|---|---|
| Plaintiff's Accused Instrumentalities disclosure due [LPR 2.1] | **December 6, 2021** | **December 6, 2021 (Nearmap)**<br><br>**April 11, 2022 (GAF)** |
| Last day to hold Rule 26(f)(1) Conference and begin discovery [LPR 1.2, 1.3] | **January 3, 2022** | **January 3, 2022 (Nearmap)**<br><br>**April 14, 2022 (GAF)** |
| Plaintiff's Rule 26(a)(1) initial disclosure due [LPR 2.2] | **January 7, 2021** | **January 7, 2022 (Nearmap)**<br><br>**April 15, 2022 (GAF)** |
| Defendant's Rule 26(a)(1) initial disclosure due [LPR 2.2] | **January 14, 2022** | **January 14, 2022 (Nearmap)**<br><br>**April 22, 2022 (GAF)** |
| Plaintiff serves Initial Infringement Contentions [LPR 2.3] | **February 10, 2022** | **February 10, 2022 (Nearmap)**<br><br>**May 5, 2022 (GAF)** |
| Defendant serves Initial Non-Infringement, Unenforceability, and Invalidity Contentions [LPR 2.4] | **February 24, 2022** | **February 24, 2022 (Nearmap)**<br><br>**May 19, 2022 (GAF)** |
| Final Infringement Contentions [LPR 3.1] | **June 30, 2022** | **June 30, 2022 (to Nearmap)**<br><br>**July 29, 2022 (to GAF)** |
| Final Unenforceability and Invalidity Contentions [LPR 3.1] | **July 14, 2022** | **July 14, 2022 (Nearmap)**<br><br>**August 12, 2022 (GAF)** |
| Final Non-Infringement Contentions [LPR 3.2] | **July 28, 2022** | **July 28, 2022 (Nearmap)**<br><br>**August 26, 2022 (GAF)** |

| Event | Current Deadline | Proposal for Consolidation |
|---|---|---|
| Deadline to serve written discovery before claim construction [R. 34] | **July 26, 2022** | **August 26, 2022 (Nearmap and GAF)** |
| Close of fact discovery before claim construction [LPR 1.3(a)] | **September 8, 2022** | **October 4, 2022 (Nearmap and GAF)** |
| Disclosure of intent to rely on opinions of counsel and materials in support [LPR 1.3(c)] | **7 days after claim construction ruling** | **7 days after claim construction ruling** |
| Deadline to file motion for additional discovery [LPR 1.3(b)] | **14 days after claim construction ruling** | **14 days after claim construction ruling** |

**(2) AMENDMENT OF PLEADINGS/ADDING PARTIES**

| Event | Date |
|---|---|
| Last day to file motion to amend pleadings | **September 14, 2022 (Nearmap); October 14, 2022 (GAF)** |
| Last day to file motion to add parties | **September 14, 2022 (Nearmap); October 14, 2022 (GAF)** |

**(3) CLAIM CONSTRUCTION PROCESS**

| Event | Current Deadline | Proposal for Consolidation |
|---|---|---|
| Parties exchange proposed claim terms and claim constructions for construction | **August 11, 2022** | **September 9, 2022 (Nearmap and GAF)** |
| Reach agreement to submit no more than 10 terms for construction [LPR 4.1(b)] | **August 18, 2022** | **September 16, 2022 (Nearmap and GAF)** |
| Parties file Cross-Motions for Claim Construction and Joint Appendix [LPR 4.2(a) & (b)] | **September 15, 2022** | **October 14, 2022 (Nearmap and GAF)** |
| Parties file Simultaneous Responsive Claim Construction Briefs [LPR 4.2(c)] | **October 6, 2022** | **November 4, 2022 (Nearmap and GAF)** |

3

| Event | Current Deadline | Proposal for Consolidation |
|---|---|---|
| Joint Claim Construction Chart & Joint Status Report Due [LPR 4.2(f)] | **October 13, 2022** | **November 11, 2022 (Nearmap and GAF)** |
| Tutorial for Court [LPR 4.4] | **October 20, 2022** | **November 18, 2022 (Nearmap and GAF)** |
| Parties exchange exhibits [LPR 4.3] | **7 days before claim construction hearing** | **7 days before claim construction hearing** |
| Claim Construction Hearing[1] [LPR 4.3] | **TBD** | **TBD** |

## (4) EXPERT DISCOVERY

| Event | Date |
|---|---|
| Parties bearing burden of proof [LPR 5.1(b)] | **28 days after claim construction ruling** |
| Counter reports [LPR 5.1(c)] | **56 days after claim construction ruling** |
| Close of expert discovery [LPR 5.2] | **91 days after claim construction ruling** |

## (5) DISPOSITIVE MOTIONS

| Event | Current Deadline | Proposal for Consolidation |
|---|---|---|
| Deadline to file dispositive motions required to be filed with claim construction [LPR 6.2, at Opening CC Briefing] | **September 15, 2022** | **October 14, 2022 (Nearmap and GAF)** |
| Deadline to file opposition to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1, 28 days from Dispositive Motion] | **October 13, 2022** | **November 11, 2022 (Nearmap and GAF)** |
| Deadline to file reply to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1, 14 days from Opposition] | **October 27, 2022** | **November 30, 2022 (Nearmap and GAF)** |

---

[1] Parties should contact the Court to set the date for the Claim Construction Hearing

| | | |
|---|---|---|
| Deadline for filing partial or complete motions to exclude expert testimony | **105 days after claim construction ruling** | **105 days after claim construction ruling** |
| Deadline for filing dispositive or potentially dispositive motions [LPR 6.1, 28 days from Close of Expert Discovery] | **119 days after claim construction ruling** | **119 days after claim construction ruling** |

**(6) SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION/OTHER PROCEEDINGS**

| Event | Yes/No |
|---|---|
| Likely to request referral to a Magistrate Judge for settlement conference | **No** |
| Likely to request referral to court-annexed arbitration | **No** |
| Likely to request referral to court-annexed mediation | **No** |
| Last day to seek stay pending reexamination [LPR 3.5] | **August 11, 2022 (Nearmap and GAF)** |
| The parties will complete private mediation/arbitration by: | **TBD** |
| The parties will evaluate case for Settlement/ADR on: | **TBD** |
| Settlement probability: | **Low** |

*Plaintiff is directed to file a new scheduling order within 14 days of ruling on claim construction. The Court will set trial deadlines in that order or through a case management conference.*

**(8) OTHER MATTERS**

All Motions in Limine should be filed well in advance of the Final Pretrial Conference.

Signed _____

                          BY THE COURT:

                          _____