## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>NEARMAP US, INC.,<br><br>            Defendant. | ORDER GRANTING MOTION TO TRANSFER RELATED CASE AND DENYING MOTION TO CONSOLIDATE RELATED CASE<br><br>Case No. 2:21-CV-283-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on Plaintiffs' Motion to Transfer and Motion to Consolidate the following action currently pending before Magistrate Judge Jared C. Bennett: *Eagle View Technologies, et al. v. GAF Materials, LLC*, No. 2:22-CV-215-JCB. After considering Plaintiffs' Motions under this District's Local Rules of Practice, DUCivR 83-2(g) and DUCivR 42-1, conferring with Magistrate Judge Bennett, and finding good cause,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Transfer Related Case (Docket No. 59) is GRANTED, and

Plaintiffs' Motion to Consolidate Cases (Docket No. 60) is DENIED.

The Court of Clerk is instructed to transfer *Eagle View Technologies, et al. v. GAF Materials, LLC*, No. 2:22-CV-215-JCB to be heard before District Judge Ted Stewart.

DATED this 13th day of April, 2022.

BY THE COURT:

_____

Ted Stewart
United States District Judge