IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | **[PROPOSED] AMENDED PATENT CASE SCHEDULING ORDER** |
| Plaintiffs, | Case No.: 2:21-cv-00283-TS-DAO |
| v. | |
| NEARMAP US, INC., | District Judge Ted Stewart |
| Defendant. | Magistrate Judge Daphne A. Oberg |

Pursuant to Fed.R. Civ P. 16(b), the Court received the Attorney Planning Report (Doc. No. 55) filed by counsel.  The Court schedules the following matters.  The parties may not modify the times and deadlines set forth herein without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

**ALL DEADLINES ARE SET FOR 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED TO THE CONTRARY**

**(1) PRELIMINARY MATTERS/DISCLOSURES**

| Event | Current Date | [Proposed] Date |
|---|---|---|
| Plaintiff's Accused Instrumentalities disclosure due [LPR 2.1] | December 6, 2021 | |
| Last day to hold Rule 26(f)(1) Conference and begin discovery [LPR 1.2, 1.3] | January 3, 2022 | |
| Plaintiff's Rule 26(a)(1) initial disclosure due [LPR 2.2] | January 7, 2022 | |
| Attorney Planning Meeting Report and Proposed Scheduling Order submitted [LPR 1.2] | January 10, 2022 | |
| Defendant's Rule 26(a)(1) initial disclosure due [LPR 2.2] | January 14, 2022 | |
| Plaintiff serves Initial Infringement Contentions [LPR 2.3] | February 10, 2022 | |
| Defendant serves Initial Non-Infringement, Unenforceability, and Invalidity Contentions [LPR 2.4] | February 14, 2022 | |
| Final Infringement Contentions [LPR 3.1] | July 28, 2022 | August 29, 2022 |
| Final Unenforceability and Invalidity Contentions [LPR 3.1] | August 11, 2022 | September 16, 2022 |
| Final Non-Infringement Contentions [LPR 3.2] | August 25, 2022 | September 30, 2022 |

**(2) DISCOVERY LIMITATIONS**

| Event | Limitation |
|---|---|
| Maximum number of depositions[1] by Plaintiff(s) | **10** |
| Maximum number of depositions[2] by Defendant(s) | **10** |

---

[1] Excluding depositions of experts.
[2] Excluding depositions of experts.

4864-8333-7003.v1

| | |
|---|---|
| Maximum number of hours for each deposition (unless extended by agreement of parties) | **7** |
| Maximum interrogatories[3] by any party to any party | **25** |
| Maximum requests for admissions by any party to any party | **200** |
| Maximum requests for production by any party to any party | **100** |

The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as set forth in the Standard Protective Order for the United States District Court for the District of Utah.

| Event | Current Date | [Proposed] Date |
|---|---|---|
| Deadline to serve written discovery before claim construction [R. 34] | July 26, 2022 | September 30, 2022 |
| Close of fact discovery before claim construction [LPR 1.3(a)] | September 8, 2022 | November 11, 2022 |
| Disclosure of intent to rely on opinions of counsel and materials in support [LPR 1.3(b)] | **7 days after claim construction ruling** | **7 days after claim construction ruling** |
| Deadline to file motion for additional discovery [LPR 1.3(b)] | **14 days after claim construction ruling** | **14 days after claim construction ruling** |

**(3) AMENDMENT OF PLEADINGS/ADDING PARTIES**

| Event | Current Date | [Proposed] Date |
|---|---|---|
| Last day to file motion to amend pleadings | September 14, 2022 | November 18, 2022 |
| Last day to file motion to add parties | September 14, 2022 | November 18, 2022 |

**(4) CLAIM CONSTRUCTION PROCESS**

| Event | Current Date | [Proposed] Date |
|---|---|---|
| Parties exchange proposed claim terms and claim constructions for construction [LPR 4.1(a)] | August 11, 2022 | October 18, 2022 |
| Reach agreement to submit no more than 10 terms for construction [LPR 4.1(b)] | August 18, 2022 | October 25, 2022 |

---

[3] An interrogatory or multiple interrogatories seeking the basis of a party's affirmative defenses, infringement contentions, or invalidity contentions counts as one interrogatory regardless of the number of affirmative defenses alleged or the number of infringed or invalid claims alleged. A party may object to the time of discovery as set forth in LPR 1.7.

| Event | Current Date | [Proposed] Date |
|---|---|---|
| Parties file Cross-Motions for Claim Construction and Joint Appendix [LPR 4.2(a) & (b)] | September 15, 2022 | November 22, 2022 |
| Parties file Simultaneous Responsive Claim Construction Briefs [LPR 4.2(c)] | October 6, 2022 | December 13, 2022 |
| Joint Claim Construction Chart & Joint Status Report Due [LPR 4.2(f)] | October 13, 2022 | December 20, 2022 |
| Tutorial for Court [LPR 4.4] | October 20, 2022 | January 13, 2023 |
| Parties exchange exhibits [LPR 4.3] | 7 days before claim construction hearing | 7 days before claim construction hearing |
| Claim Construction Hearing[4] [LPR 4.3] | TBD | TBD |

## (5) EXPERT DISCOVERY

| Event | Date |
|---|---|
| Parties bearing burden of proof [LPR 5.1(b)] | 28 days after claim construction ruling |
| Counter reports [LPR 5.1(c)] | 56 days after claim construction ruling |
| Close of expert discovery [LPR 5.2] | 91 days after claim construction ruling |

## (6) DISPOSITIVE MOTIONS

| Event | Current Date | Extended Date |
|---|---|---|
| Deadline to file dispositive motions required to be filed with claim construction [LPR 6.2] | September 15, 2022 | November 22, 2022 |
| Deadline to file opposition to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1] | October 13, 2022 | December 23, 2022 |
| Deadline to file reply to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1] | October 27, 2022 | January 6, 2023 |
| Deadline for filing partial or complete motions to exclude expert testimony | 105 days after claim construction ruling | 105 days after claim construction ruling |
| Deadline for filing dispositive or potentially dispositive motions [LPR 6.1] | 119 days after claim construction ruling | 119 days after claim construction ruling |

---

[4]      Parties should contact the Court to set the date for the Claim Construction Hearing

**(7) SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION/OTHER PROCEEDINGS**

| Event | Yes/No |
|---|---|
| Likely to request referral to a Magistrate Judge for settlement conference | **Yes** |
| Likely to request referral to court-annexed arbitration | **No** |
| Likely to request referral to court-annexed mediation | **Yes** |
| Last day to seek stay pending reexamination [LPR 3.5] | **August 11, 2022** |
| The parties will complete private mediation/arbitration by: | **TBD** |
| The parties will evaluate case for Settlement/ADR on: | **TBD** |
| Settlement probability: | **Likely** |

*Plaintiff is directed to file a new scheduling order within 14 days of ruling on claim construction. The Court will set trial deadlines in that order or through a case management conference.*

**(8) OTHER MATTERS**

All Motions in Limine should be filed well in advance of the Final Pretrial Conference.

Signed July 25, 2022.

BY THE COURT:

_____

U.S. Magistrate Judge

5