Juliette P. White, USB #9616
Sarah Jenkins Dewey, USB #15640
Patrick Neville, USB #17497
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES INC., PICTOMETRY INTERNATIONAL CORP., <br><br>Plaintiffs,<br><br>vs.<br><br>NEARMAP US, INC.,<br><br>Defendant. | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**<br><br>Case No. 2:21-cv-00283-TS-DAO<br><br>The Honorable Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

 PLEASE TAKE NOTICE that Sarah Jenkins Dewey of Parsons Behle & Latimer enters her appearance as counsel of record on behalf of Defendants in the above-captioned matter, and requests that she be copied on all filings and notices in this matter.

        Sarah Jenkins Dewey, USB #15640
        Parsons Behle & Latimer
        201 South Main Street #1800
        Salt Lake City, UT 84111
        801-532-1234
        sdewey@parsonsbehle.com
        ecf@parsonsbehle.com

Dated: October 28, 2022

        /s/ *Sarah Jenkins Dewey*
        Juliette P. White
        Sarah Jenkins Dewey
        Patrick Neville
        Parsons Behle & Latimer
        201 South Main Street, Suite 1800
        Salt Lake City, Utah 84111
        Telephone: 801.532.1234
        Fax: 801.536.6111
        JWhite@parsonsbehle.com
        sdewey@parsonsbehle.com
        pneville@parsonsbehle.com
        ecf@parsonsbehle.com

        L. Kieran Kieckhefer
        SHEARMAN & STERLING LLP
        535 Mission Street, 25th Floor
        San Francisco, CA 94105
        Telephone: 415.616.1100
        Fax: 415.616.1339
        kieran.kieckhefer@shearman.com

        Matthew G. Berkowitz
        Patrick Colsher
        Lillian J. Mao
        Yue (Joy) Wang
        SHEARMAN & STERLING LLP
        1460 El Camino Real, 2nd Floor
        Menlo Park, CA 94025
        Telephone: 650.838.3600
        Fax: 650.838.3699
        matthew.berkowitz@shearman.com
        patrick.colsher@shearman.com
        lillian.mao@shearman.com
        joy.wang@shearman.com

Eric S. Lucas
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
Telephone: 212.838.4955
Fax: 646.848.4955
eric.lucas@shearman.com

*Attorneys for Plaintiffs Eagle View Technologies, Inc. and Pictometry International Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of October 2022, I caused to be electronically filed and served the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys listed on the docket.

/s/ Sarah Jenkins Dewey

Sarah Jenkins Dewey
*Attorney for Plaintiffs*

4879-4608-0316.v1