Juliette P. White, USB #9616
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES INC., PICTOMETRY INTERNATIONAL CORP., | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND PATENT CASE SCHEDULING ORDER (ECF NO. 99)** |
| Plaintiffs, | |
| vs. | Case No. 2:21-cv-00283-TS-DAO |
| NEARMAP US, INC., | The Honorable Ted Stewart |
| Defendant. | Magistrate Judge Daphne A. Oberg |

The Court having considered Plaintiffs' Motion to Amend the Patent Case Scheduling Order (ECF No. 99), and all papers in support of and in opposition to the Motion, and for good cause shown, hereby ORDERS that:

Plaintiffs' Motion is GRANTED.  The dates set forth in the Patent Case Scheduling Order (ECF No. 99) are hereby amended as follows:

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Discovery Limitations** | | |
| Close of fact discovery before claim construction [LPR 1.3(a)] | November 11, 2022 | January 13, 2023 |
| Disclosure of intent to rely on opinions of counsel and materials in support [LPR 1.3(b)] | 7 days after claim construction ruling | No change |
| Deadline to file motion for additional discovery [LPR 1.3(b)] | 14 days after claim construction ruling | No change |
| **Amendment of Pleadings/Adding Parties** | | |
| Last day to file motion to amend pleadings | November 18, 2022 | January 17, 2023 |
| Last day to file motion to add parties | November 18, 2022 | January 17, 2023 |
| **Claim Construction Process** | | |
| Parties file Cross-Motions for Claim Construction and Joint Appendix [LPR 4.2(a) & (b)] | November 22, 2022 | January 23, 2023 |
| Parties file Simultaneous Responsive Claim Construction Briefs [LPR 4.2(c)] | December 13, 2022 | February 10, 2023 |
| Joint Claim Construction Chart & Joint Status Report Due [LPR 4.2(f)] | December 20, 2022 | February 17, 2023 |
| Tutorial for Court [LPR 4.4] | January 13, 2023 7 days before claim construction hearing | March 11, 2023 |
| Parties exchange exhibits [LPR 4.3] | 7 days before claim construction hearing | No change |

| Claim Construction Hearing4 [LPR 4.3] | TBD | No change |
|---|---|---|
| **Expert Discovery** | | |
| Parties bearing burden of proof [LPR 5.1(b)] | 28 days after claim construction ruling | No change |
| Counter reports [LPR 5.1(c)] | 56 days after claim construction ruling | No change |
| Close of expert discovery [LPR 5.2] | 91 days after claim construction ruling | No change |
| **Dispositive Motions** | | |
| Deadline to file dispositive motions required to be filed with claim construction [LPR 6.2] | November 22, 2022 | January 23, 2023 |
| Deadline to file opposition to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1] | December 23, 2022 | February 21, 2023 |
| Deadline to file reply to dispositive motions filed with claim construction [LPR 6.2, DUCivR 56-1, 7-1] | January 6, 2023 | March 7, 2023 |
| Deadline for filing partial or complete motions to exclude expert testimony | 105 days after claim construction ruling | No change |
| Deadline for filing dispositive or potentially dispositive motions [LPR 6.1] | 119 days after claim construction ruling | No change |

IT IS SO ORDERED.

DATED:

_____
Daphne A. Oberg
United States Magistrate Judge