Name (Bar No.): _____

Firm: _____

Address: 201 S. Main St., Ste. 1800, Salt Lake City, UT 84111

Telephone: _____

Email: _____

*Attorney(s) for* _____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP._____,<br><br>    Plaintiff,<br><br>v.<br><br>_____,<br><br>    Defendant. | MOTION FOR PRO HAC VICE ADMISSION<br><br>CASE NO: 2:21-cv-00283-TS-DAO |

  I move for the pro hac vice admission of _____ (Applicant) as counsel for _____, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

- is not a member of the Utah State Bar.
- does not maintain a law office in Utah.
- has not been admitted pro hac vice in any case in this district in the previous 5 years.

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

_____
_____
_____

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

_____
_____
_____

DATED: November 22, 2022_____.

/s/ Juliette P. White
_____
Signature