# EXHIBIT A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Juliette P. White |
| Firm: | Parsons Behle & Latimer |
| Address: | 201 S. Main Street, Ste 1800 |
| | Salt Lake City, UT 84111 |
| Telephone: | 801-532-1234 |
| Email: | jwhite@parsonsbehle.com; ecf@parsonsbehle.com |
| | |
| Pro Hac Vice Applicant: | Adam Schwartz |
| Firm: | Shearman & Sterling |
| Address: | 401 9th Street, NW |
| | Suite 800 |
| | Washington, DC 20004 |
| Telephone: | 202-508-8000 |
| Email: | adam.schwartz@shearman.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Virginia State Bar | 75396 | 10/17/2007 |
| DC Bar | 985785 | 1/9/2009 |
| New York State Bar | 5455555 | 9/15/2016 |
| USDC Eastern District of Virginia | | 6/20/2008 |
| US Court of Appeals for the Fourth Circuit | | 6/20/2008 |
| USDC Southern District of New York | | 11/01/2016 |
| US Court of Appeals Eleventh Circuit | | 04/12/2018 |

1

4859-8267-8079.v1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☑ No |

If yes, please explain:

[blank text box]

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☑ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☑ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☑ Yes | ☐ No |

*Adam Schwartz*
**Signature**

November 21, 2022
Date

2

4859-8267-8079.v1