# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEARMAP US, INC., <br><br> Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION <br><br> Case No. 2:21-cv-00283-TS-DAO <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

Before the court is Local Counsel's Motion for *Pro Hac Vice* Admission of Adam Schwartz. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2022.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

4891-1182-5471.v1