Juliette P. White, USB #9616
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES INC., PICTOMETRY INTERNATIONAL CORP., <br><br>Plaintiffs, <br><br>vs. <br><br>NEARMAP US, INC., <br><br>Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL CONTINUED DEPOSITION OF TONY AGRESTA** <br><br>Case No. 2:21-cv-00283-TS-DAO <br><br>The Honorable Ted Stewart <br><br>Magistrate Judge Daphne A. Oberg |

EagleView respectfully moves the Court for leave to supplement the record in support of EagleView's Short Form Discovery Motion to Compel Continued Deposition of Tony Agresta (ECF No. 196).

On December 21, 2022, EagleView moved for an order compelling Nearmap to make Tony Agresta available for a limited continued deposition. ECF No. 196.

1

As explained in EagleView's motion, Nearmap's late production contained several unique, relevant, and material documents. *Id*.

EagleView has since discovered significant issues with the production and notified Nearmap of these issues on December 21, 2022. *See* Ex. A.

On January 2, 2023, Nearmap produced approximately 2,500 pages of new documents. *See id*. EagleView completed its review of those documents and has identified several additional unique, relevant, and material documents. *See, e.g.*, Exs. B (NEARMAP_1082982) and C (excerpt from NEARMAP_1082980). For example, Exhibit B includes newly produced information regarding Nearmap's roadmap for one of the accused products, and Exhibit C directly relates to Nearmap's Response to EagleView's Request for Admission No. 42. *Compare* Ex. C *with* Ex. D (Nearmap's Response to EagleView's Request for Admission No. 42).

The foregoing new evidence further demonstrates that EagleView has suffered prejudice from Nearmap's late and incomplete productions, and EagleView respectfully requests that it be permitted to supplement the record in support of its motion with this additional evidence of prejudice.

Dated: January 11, 2023

Respectfully submitted,

*/s/ Juliette P. White*

Juliette P. White
Parsons Behle & Latimer

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Fax: 801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

L. Kieran Kieckhefer
Christina E. Myrold
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
kieran.kieckhefer@shearman.com
christina.myrold@shearman.com

Matthew G. Berkowitz
Patrick Colsher
Lillian J. Mao
Yue (Joy) Wang
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
matthew.berkowitz@shearman.com
patrick.colsher@shearman.com
lillian.mao@shearman.com
joy.wang@shearman.com

                                      Eric S. Lucas
                                      SHEARMAN & STERLING LLP
                                      599 Lexington Ave.
                                      New York, NY 10022
                                      Telephone: 212.838.4955
                                      Fax: 646.848.4955
                                      eric.lucas@shearman.com

*Attorneys for Plaintiffs Eagle View Technologies, Inc. and Pictometry International Corp.*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of January 2022, I caused to be electronically filed and served the foregoing PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL CONTINUED DEPOSITION OF TONY AGRESTA with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys listed on the docket.

*/s/* Juliette P. White

Juliette P. White
*Attorney for Plaintiffs*