Juliette P. White, USB #9616
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JWhite@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES INC., PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> NEARMAP US, INC., <br><br> Defendant. | **EXPEDITED STIPULATED MOTION TO EXTEND CLAIM CONSTRUCTION DEADLINES** <br><br> Case No. 2:21-cv-00283-TS-DAO <br><br> The Honorable Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiffs Eagle View Technologies, Inc. and Pictometry International Corp. and Defendant Nearmap US, Inc. (collectively, the "Parties") hereby stipulate to extend the claim construction deadlines in the Second Amended Patent Case Scheduling Order (Dkt. 152) as set forth below.  Good cause exists to amend the claim construction schedule because the Parties continue to seek ways to streamline the issues for the Court.  In addition, the Parties note that a claim construction hearing has not yet been scheduled, so the extension will not affect the Court's calendar.

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline to File Opening Cross-Motions for Claim Construction and Joint Appendix; Deadline to File Dispositive Motions Required to be Filed with Claim Construction | January 23, 2023 | January 27, 2023 |
| Deadline to File Simultaneous Responsive Claim Construction Briefs | February 10, 2023 | February 17, 2023 |
| Deadline to File Joint Claim Construction Chart and Status Report | February 17, 2023 | February 23, 2023 |
| Deadline to File Opposition to Dispositive Motions Filed with Claim Construction | February 21, 2023 | February 24, 2023 |
| Deadline to File Reply to Dispositive Motions Filed with Claim Construction | March 7, 2023 | March 10, 2023 |
| Submit Technology Tutorial to the Court | March 11, 2023 | March 17, 2023 |

The Parties respectfully request that the Court adopt these revised dates.

Dated:  January 20, 2023

/s/ Juliette P. White

Juliette P. White
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Fax: 801.536.6111

/s/ Brent O. Hatch

Brent O. Hatch
HATCH LAW GROUP, PC

Nicholas Groombridge
Jennifer H. Wu
Jenny C. Wu

JWhite@parsonsbehle.com
ecf@parsonsbehle.com

L. Kieran Kieckhefer
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
kieran.kieckhefer@shearman.com

Matthew G. Berkowitz
Patrick Colsher
Lillian J. Mao
Yue (Joy) Wang
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
matthew.berkowitz@shearman.com
patrick.colsher@shearman.com
lillian.mao@shearman.com
joy.wang@shearman.com

Eric S. Lucas
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
Telephone: 212.838.4955
Fax: 646.848.4955
eric.lucas@shearman.com

*Attorneys for Plaintiffs Eagle View Technologies, Inc. and Pictometry International Corp.*

Jennifer Rea Deneault
Timothy J. Beavers
GROOMBRIDGE, WU,
  BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, New York 10017
332-269-0030 (telephone)
nick.groombridge@groombridgewu.com
jennifer.wu@groombridgewu.com
jenny.wu@groombridgewu.com
jenna.deneault@groombridgewu.com
timothy.beavers@groombridgewu.com

*Attorneys for Defendant Nearmap US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of January 2023, I caused to be electronically filed and served the foregoing document with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys listed on the docket.

/s/ Juliette P. White

Juliette P. White
*Attorney for Plaintiffs*