UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>NEARMAP US, INC.,<br><br>Defendant. | **ORDER GRANTING EXPEDITED STIPULATED MOTION TO EXTEND CLAIM CONSTRUCTION DEADLINES (DOC. NO. 239)**<br><br>Case No: 2:21-cv-00283<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Based on the parties' Expedited Stipulated Motion to Extend Claim Construction Deadlines, (Doc. No. 239), and good cause appearing, the motion is GRANTED. The claim construction deadlines are modified as follows:

| Event | Deadline |
|---|---|
| Deadline to File Opening Cross-Motions for Claim Construction and Joint Appendix; Deadline to File Dispositive Motions Required to be Filed with Claim Construction | January 27, 2023 |
| Deadline to File Simultaneous Responsive Claim Construction Briefs | February 17, 2023 |
| Deadline to File Joint Claim Construction Chart and Status Report | February 23, 2023 |
| Deadline to File Opposition to Dispositive Motions Filed with Claim Construction | February 24, 2023 |
| Deadline to File Reply to Dispositive Motions Filed with Claim Construction | March 10, 2023 |
| Submit Technology Tutorial to the Court | March 17, 2023 |

DATED this 23rd day of January, 2023.

BY THE COURT:

Daphne A. Oberg
United States Magistrate Judge