Brent O. Hatch (5715)
Hatch Law Group PC
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com

*Attorney for Defendant – Additional counsel listed in signature*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> NEARMAP US, INC., <br><br> *Defendant*. | NOTICE OF CHANGE OF FIRM AFFILIATION <br><br> Case No.: 2:21-cv-00283 <br><br> Judge: Ted Stewart <br><br> Magistrate Judge: Daphne A. Oberg |

Please take notice that Scott E. Miller, attorney of record for Defendant Nearmap US, Inc., is now affiliated with the law firm of GROOMBRIDGE, WU, BAUGHMAN & STONE LLP. Mr. Miller's new contact information is as follows:

Scott E. Miller
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, New York 10017
(332) 269-0030
scott.miller@groombridgewu.com

The law firm of HATCH LAW GROUP PC will remain as counsel of record for Defendant, and its information remains unchanged. The law firm of PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP is no longer counsel of record for Defendant.

Submitted this 23rd day of January, 2023

By: /s/ *Brent O. Hatch*
Brent O. Hatch
HATCH LAW GROUP, PC

Nicholas Groombridge
Jennifer H. Wu
Jenny C. Wu
Jennifer Rea Deneault
Scott E. Miller
Timothy J. Beavers
GROOMBRIDGE, WU,
 BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, New York 10017
332-269-0030 (telephone)
nick.groombridge@groombridgewu.com
jennifer.wu@groombridgewu.com
jenny.wu@groombridgewu.com
jenna.deneault@groombridgewu.com
scott.miller@groombridgewu.com
timothy.beavers@groombridgewu.com

*Attorneys for Defendant Nearmap US, Inc.*