UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEARMAP US, INC.; NEARMAP AUSTRALIA PTY LTD; and NEARMAP LTD, <br><br> Defendants. | **THIRD AMENDED PATENT CASE SCHEDULING ORDER** <br><br><br> Case No. 2:21-cv-00283 <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiffs Eagle View Technologies, Inc. and Pictometry International Corp. (collectively, "EagleView") has filed a motion to amend the scheduling order.[1] EagleView seeks to reopen discovery based on both parties' recent filing of amended pleadings adding new claims and defenses. Defendants Nearmap US, Inc., Nearmap Australia Pty Ltd, and Nearmap Ltd (collectively, "Nearmap") filed a response,[2] indicating they do not oppose reopening discovery but disputing some of the proposed deadlines. Nearmap also proposes a deadline for the parties to submit proposed amendments to the discovery limitations set forth in the prior scheduling order(s).

---

[1] (Doc. No. 317.)

[2] (Doc. No. 321.)

1

Having reviewed both parties' briefing and proposals, the court GRANTS EagleView's motion[3] in part and ORDERS as follows:

1. For good cause shown, based on the recent filing of amended pleadings adding new claims and defenses, fact discovery is reopened beginning on the date of this order.

2. The case schedule is amended as set forth below.[4] All deadlines and limitations not set forth herein remain unchanged.

3. The parties shall meet and confer regarding amendments to discovery limitations. Any party seeking to amend discovery limitations based on the recent filing of amended pleadings shall file a motion to amend the scheduling order within ten days of this order.

| Event | Deadline |
|---|---|
| Deadline for EagleView to serve initial infringement contentions for '648 and '657 Patents and final infringement contentions for '436, '840, and '376 Patents | August 11, 2023 |
| Deadline for Nearmap to serve initial non-infringement, unenforceability, and invalidity contentions for '648 and '657 Patents and supplemental final non-infringement, unenforceability, and invalidity contentions for '436, '840, and '376 Patents and for '960, '568, '961, '737, '152, and '149 Patents as to the newly-accused CoreLogic SkyMeasure product | August 25, 2023 |
| Deadline for EagleView to serve final infringement contentions for '648 and '657 Patents | October 4, 2023 |
| Final date to seek stay pending post-grant proceedings in the Patent Office as to the new asserted patents | October 4, 2023 |
| Deadline for Nearmap to serve final unenforceability and invalidity contentions for '648 and '657 Patents | October 18, 2023 |

---

[3] (Doc. No. 317.)

[4] This schedule adopts, in large part, EagleView's shorter proposed timeline. However, this does not prevent any party from later seeking further extensions of these deadlines if warranted, based on a showing of good cause.

| Event | Deadline |
|---|---|
| Deadline for Nearmap to serve final non-infringement contentions for '648 and '657 Patents | November 1, 2023 |
| Deadline to serve written discovery before close of fact discovery | November 15, 2023 |
| Parties exchange proposed claim terms and claim constructions | November 15, 2023 |
| Deadline to reach agreement on submitting no more than ten terms for construction | November 22, 2023 |
| Close of fact discovery before claim construction | December 15, 2023 |
| Deadline to file opening cross-motions for claim construction and joint appendix; deadline to file dispositive motions required to be filed with claim construction | December 20, 2023 |
| Deadline to file simultaneous responsive claim construction briefs; deadline to file opposition to dispositive motions filed with claim construction | January 17, 2024 |
| Deadline to file joint claim construction chart and status report | January 24, 2024 |
| Deadline to file reply to dispositive motions filed with claim construction | January 31, 2024 |
| Deadline to submit technology tutorial to the court | January 31, 2024 |
| Disclosure of intent to rely on opinions of counsel and materials in support | 7 days after Claim Construction Order ("CCO")[5] |
| Deadline to file motion for additional discovery; EagleView to file new proposed scheduling order for court to set trial deadlines by order or through a case management conference | 14 days after CCO |
| Parties bearing burden of proof serve opening expert reports | 28 days after CCO |
| Parties serve counter expert reports | 56 days after CCO |
| Close of expert discovery | 91 days after CCO |
| Deadline for filing partial or complete motions to exclude expert testimony | 105 days after CCO |
| Deadline for filing dispositive or potentially dispositive motions | 119 days after CCO |

DATED this 13th day of July, 2023.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[5] In the event the court issues multiple claim construction orders, deadlines triggered by the claim construction order will be computed from the date of the last claim construction order.