Brent O. Hatch (5715)
Hatch Law Group PC
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com

*Attorney for Defendants – Additional counsel listed in signature*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL, CORP., | **MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| *Plaintiffs*, | Case No.: 2:21-cv-00283(TS)(DAO) |
| v. | Judge: Ted Stewart |
| NEARMAP US, INC., NEARMAP AUSTRALIA PTY LTD, and NEARMAP PTY LTD, | Magistrate Judge: Daphne A. Oberg |
| *Defendants*. | |

Pursuant to DUCivR 5-3, Defendants Nearmap US, Inc., Nearmap Australia Pty Ltd, and Nearmap Pty Ltd (collectively, "Nearmap") respectfully move this Court for leave to file under seal their Reply in Support of Nearmap's Short Form Discovery Motion to Compel Responses to Requests for Production Nos. 41–46, 47–49, and 51 ("the Reply") and Exhibits 8–12 thereto.

Nearmap's sole basis for proposing that the Reply and Exhibits 8–12 thereto be sealed is that Plaintiffs EagleView Technologies, Inc. and Pictometry International, Corp. (collectively, "EagleView") have designated the information as CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY pursuant to the Standard Protective Order. *See* DUCivR 26-2; DUCivR 5-3(b)(2)(C)(i).

Pursuant to DUCivR 5-3(b)(2)(C)(i), if EagleView seeks to have the Reply and Exhibits 8–12 thereto remain under seal, they must file a Motion for Leave to File Under Seal within 7 days of service of this motion. If they do not file a motion within 7 days, the original motion may be denied and the Documents may be unsealed without further notice.

Submitted this 7th day of February 2024

By:   */s/ Brent O. Hatch*
      Brent O. Hatch
      HATCH LAW GROUP, PC

      *Of Counsel:*
      Nicholas Groombridge
      Jennifer H. Wu
      Jenny C. Wu
      Jennifer Rea Deneault
      Michael Milea
      Allison Penfield
      Scott E. Miller
      Kyle Bersani
      GROOMBRIDGE, WU,
        BAUGHMAN & STONE LLP
      565 Fifth Avenue, Suite 2900
      New York, New York 10017
      332-269-0030 (telephone)
      nick.groombridge@groombridgewu.com
      jennifer.wu@groombridgewu.com
      jenny.wu@groombridgewu.com
      jenna.deneault@groombridgewu.com
      mike.milea@groombridgewu.com
      allison.penfield@groombridgewu.com
      scott.miller@groombridgewu.com
      kyle.bersani@groombridgewu.com

      *Attorneys for Nearmap US, Inc.,*
      *Nearmap Australia Pty Ltd, and Nearmap*
      *Ltd*