Brent O. Hatch (5715)
Hatch Law Group PC
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com

*Attorney for Defendants – Additional counsel listed in signature*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL, CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> NEARMAP US, INC., NEARMAP AUSTRALIA PTY LTD, and NEARMAP PTY LTD, <br><br> *Defendants*. | **NEARMAP'S OPPOSITION TO PLAINTIFFS' SHORT FORM MOTION TO COMPEL PRODUCTION AND INSPECTION OF NEARMAP'S CAMERA SYSTEMS IN THE UNITED STATES** <br><br> Case No.: 2:21-cv-00283(TS)(DAO) <br><br> Judge: Ted Stewart <br><br> Magistrate Judge: Daphne A. Oberg <br><br> REDACTED VERSION |

EagleView's untimely Motion (Dkt. 381) seeks a do-over of discovery EagleView already obtained, at great burden and cost to Nearmap—hired security and days of work by six Nearmap employees—apparently to disrupt Nearmap's image-capture business that relies on flying aircraft-mounted camera systems. Three EagleView attorneys already thoroughly inspected standalone versions of all accused systems for over seven hours live and by Zoom in Australia on October 20, 2023, under the Court's Amended Document Production Protocol Order (Dkt. 336). Nearmap produced ███████████████ of the inspection. Nearmap previously disclosed ███████████████████████ of the systems.

The discovery EagleView seeks would disrupt Nearmap's U.S. operations by ▬▬▬▬ ▬▬▬▬▬▬▬▬ with the camera capture systems that are the backbone of Nearmap's high-speed, continuous-operation production pipeline. The airplanes ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ based on image-capture schedules planned far in advance. The ▬▬▬▬▬▬▬ containing Nearmap's camera systems ▬▬▬▬▬ and are unpredictable due to weather. Each aircraft is ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬ . ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ *See Trs. of Bos. Univ. v. Everlight Elecs. Co.*, 2014 WL 12792497, at *4 (D. Mass. Sept. 10, 2014); *Geiger v. Cox*, 2006 WL 3524486, at *2 (D. Neb. Dec. 6, 2006) ("'snowball' effect of train delays"). This chain reaction is worse now when fewer leaves and receding snow provide better visibility, making each minute of capture ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬ . These intricate systems cannot be uninstalled without causing multi-week delays and ▬▬▬▬▬▬▬▬▬▬▬ to the camera systems.

EagleView's request that attorneys enter an active aviation hangar is burdensome and unsafe. The ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ are not suited to host a group of attorneys and experts (representing the parties ▬▬▬▬▬▬▬ ). Moreover, hangar access would require airport authority oversight given the inherent risks in that environment. There are also safety rules preventing touching or entering aircraft to avoid interfering with pilot or aircraft safety.

Despite exceeding the word limit, EagleView cannot articulate what additional information it would obtain from another inspection in the U.S. of the same camera

systems.  The asserted patent for these systems expired; present use of such systems is irrelevant.  EagleView alternatively demands that Nearmap ship the same camera systems EagleView already inspected in person in Australia over 8,000 miles to the U.S.  Doing so would require 4 days per system to pack, ship, and rebuild, plus time clearing customs.  This request confirms EagleView simply wants to burden Nearmap with a do-over of its earlier inspection.

EagleView's motion is untimely under DUCivR 37-1(b)(2)(C) as it was filed after the 45-day period:  EagleView first requested inspection on October 5 and inspected for seven hours on October 20.  Dkt. 336 ¶ 19.

Because EagleView's untimely motion improperly seeks to disrupt Nearmap's business operations, Nearmap should be awarded fees.

3

Submitted this 14th day of February 2024

By:    */s/ Brent O. Hatch*
        Brent O. Hatch
        HATCH LAW GROUP, PC

        *Of Counsel:*
        Nicholas Groombridge
        Jennifer H. Wu
        Jenny C. Wu
        Jennifer Rea Deneault
        Michael Milea
        Allison Penfield
        Scott E. Miller
        Kyle Bersani
        GROOMBRIDGE, WU,
          BAUGHMAN & STONE LLP
        565 Fifth Avenue, Suite 2900
        New York, New York 10017
        332-269-0030 (telephone)
        nick.groombridge@groombridgewu.com
        jennifer.wu@groombridgewu.com
        jenny.wu@groombridgewu.com
        jenna.deneault@groombridgewu.com
        mike.milea@groombridgewu.com
        allison.penfield@groombridgewu.com
        scott.miller@groombridgewu.com
        kyle.bersani@groombridgewu.com

        *Attorneys for Nearmap US, Inc.,*
        *Nearmap Australia Pty Ltd, and Nearmap*
        *Ltd*

4